UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAXIMO GOMEZ NACER, IV,<br><br>      Plaintiff,<br><br>  -against-<br><br>DR. STEVEN SHEA, Director of the Division of General Medicine; MR. IVAN ACOSTA, Producer of Music,<br><br>      Defendants. | 20-CV-5197 (LLS)<br><br>CIVIL JUDGMENT |

  Pursuant to the orders issued August 7, 2020, and September 29, 2020, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: September 29, 2020
    New York, New York

                      *Louis L. Stanton*
                       Louis L. Stanton
                         U.S.D.J.